

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2020

No. 04-18-00917-CV

Ziaunnisa K. **LODHI**,
Appellant

v.

Shah A. **HAQUE**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI04290
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for rehearing, and the motion is hereby DENIED.[1]

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court

---

[1] On December 30, 2019, Lawrence L. Garcia filed a "Motion to Withdraw/Notice of Non-Representation," requesting that we "remove the name of Lawrence L. Garcia as representing Ziaunnisa K. Lodhi." We note Mr. Garcia's filing, and update our records to reflect that Mr. Garcia no longer represents appellant Ziaunnisa K. Lodhi.